JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSECALIFORNIA CHAPTER,** a California 501(c)(3) non-profit corporation, on its own and on behalf of its members, **CHRIS PALICKE** an individual on behalf of himself and as Guardian Ad Litem for his minor child, **AIDAN PALICKE.**, <br><br>    Plaintiff, <br><br>    vs. <br><br> PLACENTIA-YORBA LINDA UNIFIED SCHOOL DISTRICT, a local educational agency in the County of Orange, YORBA LINDA HIGH SCHOOL, a public school within the Placentia-Yorba Linda Unified School District, JIM ELSASSER, in his official capacity as Superintendent of Placentia-Yorba Linda Unified School District, RICHARD McALINDIN, in his official capacity as Assistant Superintendent of Placentia-Yorba Linda Unified School District, LINDA ADAMSON, in her official capacity as Assistant Superintendent of Placentia-Yorba Linda Unified School District, RICHARD DINH, in his official capacity as Principal of Yorba Linda High School, BIRD POTTER, in her official capacity as Assistant Principal of Yorba Linda High School, CARRIE | Case No,: 8:22-cv-01057-FWS-DFM <br> *Assigned to: Hon. Fred W. Slaughter* <br> *Courtroom 10D – Santa Ana* <br><br> **ORDER RE: STIPULATION TO REMAND TO STATE COURT** <br><br><br> Complaint served: April 29, 2022 <br> Notice of Removal filed: May 25, 2022 <br> Current Response date: June 1, 2022 <br> New Response date: July 1, 2022 <br><br> *Trial Date:    Not yet set* <br> *Complaint filed: April 7, 2022* |

1

**ORDER**

| | |
|---|---|
| 1 | BUCK, KARIN FREEMAN and MARILYN ANDERSON, each individual in her official capacity as a member of the School Board of the Placentia Yorba Linda Unified School District, DANA GIGLIOTTI, an individual, BRYAN BLOOM, an individual, JACLYN CHAVEZ, an individual, JOHN DOMEN, an individual, MADISON WALTEMEYER, an individual, AMBER FERRIS, an individual, AND DOES 1-50, inclusive, |
| | Defendants. |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

THIS COURT having read and considered the Joint Stipulation to Remand filed by all parties and having received Plaintiffs' Amended Complaint, issues the following Order:

**IT IS ORDERED:**

This matter is ordered remanded to the Superior Court of California, County of Orange.

Dated: June 29, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE